NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NISSIM CORP.,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

AND

**TIME WARNER, INC., WARNER BROS. ENTERTAINMENT, INC., WARNER HOME VIDEO, AND NEW LINE HOME ENTERTAINMENT,**
*Appellees.*

---

2012-1409
(Reexamination No. 95/000,312)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**ON MOTION**

---

# O R D E R

The appellees move for extensions of time, until October 22, 2012, to file their response briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

SEP 1 0 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Raymond T. Chen, Esq.
Scott A. McKeown, Esq.
David L. Fehrman, Esq.

s27

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 0 2012

JAN HORBALY
CLERK